Order issued: September **14**, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-11-01708-CV

---

**HAL RACHAL, JR., Appellant**

**V.**

**LETKIEWICZ & FOSTER, Appellee**

---

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-01708-2

---

## ORDER

We **ORDER** John Warren, Dallas County Clerk, to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing the **two** orders signed by the trial court on April 4, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE